In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, Superintendent of Insurance of the State of New York for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the Consolidated Indemnity and Insurance Company, Appellant, Claim of Frederick Heipel, an Infant, by Michael Heipel, His Guardian

ad Litem, Respondent, Claim of PI & PD 7085. Claim of MICHAEL HEIPEL, Respondent, Claim No. PI & PD 8085.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.